No. 266, Misc.  CHANDLER v. TURNER, WARDEN;
No. 272, Misc.  McCRAY v. WILLINGHAM, WARDEN;
No. 302, Misc.  PELLETIER v. PARKER, WARDEN;
No. 346, Misc.  MAGEE v. NELSON, WARDEN, ET AL.;
No. 347, Misc.  JONES v. FOLLETTE, WARDEN;
No. 353, Misc.  KANIESKI v. BURKE, WARDEN;
No. 367, Misc.  IN RE KAMSLER;
No. 381, Misc.  CARD v. KROPP, WARDEN;
No. 419, Misc.  HOLSCHER v. YOUNG, WARDEN;
No. 436, Misc.  TAYLOR v. BURKE, WARDEN;
No. 501, Misc.  HAYMAN v. FITZHARRIS, TRAINING FACILITY SUPERINTENDENT;
No. 509, Misc.  ROBERTS v. PEYTON, PENITENTIARY SUPERINTENDENT;
No. 511, Misc.  LACAZE ET AL. v. BLACKWELL, WARDEN;
No. 558, Misc.  BYRD v. NELSON, WARDEN;
No. 579, Misc.  COWLING v. CRAVEN, WARDEN; and
No. 584, Misc.  OWEN v. ARKANSAS. Motions for leave to file petitions for writs of habeas corpus denied.

No. 296, Misc.  SMITH v. HOCKER, WARDEN;
No. 316, Misc.  ANDERTEN v. WARDEN, SOUTH DAKOTA PENITENTIARY;
No. 334, Misc.  NIELSON v. ERICKSON, WARDEN;
No. 361, Misc.  WELSH v. NELSON, WARDEN;
No. 536, Misc.  FOSSUM v. PORTER, SHERIFF; and
No. 576, Misc.  WELSH v. NELSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari denied.

No. 200, Misc.  HARSHAW v. LEVIN, U. S. DISTRICT JUDGE; and
No. 205, Misc.  BIGGS v. CAMPBELL, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.